**Dismissed and Memorandum Opinion filed July 23, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00304-CV

## JANICE JACKSON AND ALL OCCUPANTS, Appellants

## V.

## HREAL COMPANY, LLC, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1026606**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed March 25, 2013. The clerk's record was filed May 2, 2013. No reporter's record was filed. Karen Field, the official court reporter, informed this court that appellants had not made arrangements for payment for the reporter's record. On April 22, 2013, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice,

provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellants filed no response.

On June 4, 2013, this court ordered appellants to file their brief without the benefit of a reporter's record on or before June 24, 2013. *See* Tex. R. App. P. 37.3(c). In the order, the court notified appellants that if they did not file a brief as ordered, the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellants did not file a brief or any other response to this court's order.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.